## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY JONES,** ) | |
|     Plaintiff, ) | |
| ) | **CIVIL ACTION NO. 10-0495-KD-M** |
| vs. ) | |
| ) | |
| **JOHNNY MILLER,** ) | |
|     Defendant. ) | |

### ORDER ON JURY TRIAL

This action came before the Court for trial by jury on September 5, 2012, with United States District Judge Kristi K. DuBose presiding. The jury was selected on September 5, 2012, and sworn on the morning of trial. The plaintiff presented his case-in-chief and rested. The defendant filed a motion for judgment as a matter of law at the close of the plaintiff's case, which was denied for the reasons stated on the record. The defendant presented his case-in-chief and rested. The defendant renewed his motion for judgment as a matter of law at the close of all the evidence, which was denied. The Court held a charge conference with counsel and the parties gave their closing arguments to the jury. The Court charged the jury on the applicable law and the jury commenced their deliberations.

On the 5th day of September, 2012, the jury, having heard the evidence, the arguments of counsel and having considered the same upon their oaths, returned the verdict, a copy of which is attached hereto, into open court with counsel present.

**DONE** and **ORDERED** this **1st** day of **October 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**